No. 581. JAPANESE WAR NOTES CLAIMANTS ASSOCIATION OF THE PHILIPPINES, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Lawrence C. Moore* for petitioner. *Solicitor General Griswold* for the United States.

No. 583. GRAHAM ET UX. *v.* HODGES ET AL.; and
No. 584. FELTON *v.* HODGES ET AL. C. A. 5th Cir. Certiorari denied. *Henry R. Carr* and *Phillip A. Hubbart* for petitioners in each case. *Earl Faircloth,* Attorney General of Florida, and *Robert A. Chastain,* Assistant Attorney General, for respondents in both cases. Reported below: No. 583, 374 F. 2d 340; No. 584, 374 F. 2d 337.

No. 585. SCHWEITZER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Nicholas R. Doman* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Harold C. Wilkenfeld* and *Jeanine Jacobs* for respondent.

No. 586. WOOD, WIRE & METAL LATHERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* DUNLOP ET AL. C. A. D. C. Cir. Certiorari denied. *Mozart G. Ratner* for petitioner Wood, Wire & Metal Lathers International Union, AFL–CIO, and *Jerome H. Simonds* for petitioner Employing Lathers Association of Greater New York & Vicinity et al.

No. 587. LITTON *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *H. E. Widener, Jr.,* for petitioner.

No. 595. GARVIN ET AL. *v.* CHILDERS. C. A. 6th Cir. Certiorari denied. *Marshall Funk* for petitioners. *Maxey B. Harlin* for respondent.